UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X   Chapter  13
In re:                               Case No:

    DANA SMITH,                      **STATEMENT PURSUANT TO**
                                     <u>**LOCAL RULE 2017-1**</u>
               Debtor,

---------------------------------X

    **Gary C. Fischoff**, an attorney duly admitted to practice before this Court, States:

    1.    That I am the attorney for the above-named debtor(s).

    2.    That prior to the filing of the petition herein, my staff or I rendered the following services to the above-named debtor(s).

| **DATE** | **SERVICE** | **TIME** |
|---|---|---|
| 3/30/15 | Initial interview, analysis of financial condition, discussion of alternatives to bankruptcy; review of obligations of a debtor under Chapter 7 or Chapter 13. | .75 |
| 3/30/15 | Review of financial information provided by debtor(s) for preparation of petition and supporting schedules. | .5 |
| 3/30/15 | Obtain additional information necessary to complete petition; communicate with creditors when necessary to advise them of debtor(s) intention to file petition and to obtain or verify information required to prepare schedules. | 3.5 |
| 3/30/15 | Final review of petition, schedules and proposed plan, and review same with debtor(s) prior to filing. | .5 |

    3.    All of the aforementioned services rendered herein prior to the filing of the petition were rendered personally by me or my staff.

    4.    The rates to be charged by professionals who will work on this matter range from $400-$485 per hour for partners, $225-$375 per hour for associates and its rate for paraprofessionals range from $110-$185 per hour.

Dated:    Woodbury, New York    <u>s/Gary C. Fischoff</u>
            April 6, 2015          Gary C. Fischoff