UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                          Chapter 13

DANA SMITH,                                                            Case No.: 15-71331-ast

                           Debtor.
-----------------------------------------------------------X

## ORDER EXTENDING TIME TO FILE SCHEDULES

APPLICATION having been made to the Court, by the debtor herein, by his attorneys, Berger, Fischoff & Shumer, LLP for an order granting the debtor an extension of time within which to file her Schedule "B", Schedule "C", Schedule "G", Schedule "H", Schedule "I", Schedule "J:, Summary of Schedules, Statistical Summary of Certain Liabilities, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Certification of Notice to Consumer Debtor Under §342(b) of the Bankruptcy Code, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, Chapter 13 Calculation of your Disposable Income, Notice to Consumer Debtor Under §342(b) of the bankruptcy Code, Chapter 13 Plan and Proof of Income from April 13, 2015 to May 13, 2015 pursuant to Rules 1007(c), 3015(b) and 9006(b) of the Federal Rules of Bankruptcy Procedure, and the matter having come on to be regularly considered before the Court and after due consideration and for cause; it is hereby

**ORDERED**, that the application of the debtor pursuant to Rule 1007(c), 3015(b) and 9006(b) of the Federal Rules of Civil Procedure, be and is hereby granted as set forth herein; and it is further

**ORDERED**, that the debtor's time within which to file her Schedule "B", Schedule "C", Schedule "G", Schedule "H", Schedule "I", Schedule "J:, Summary of Schedules, Statistical

Summary of Certain Liabilities, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Certification of Notice to Consumer Debtor Under §342(b) of the Bankruptcy Code, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, Chapter 13 Calculation of your Disposable Income, Notice to Consumer Debtor Under §342(b) of the bankruptcy Code, Chapter 13 Plan and Proof of Income is extended up and until **April 21, 2015**.



**Dated: April 9, 2015**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**