```
                           United States Bankruptcy Court
                             Eastern District of New York
```

In re:                                                           Case No. 15-71331-ast
Dana Smith                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: sdolan              Page 1 of 1               Date Rcvd: Apr 22, 2015
                              Form ID: 273              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2015.
db             +Dana Smith,    26664 Seagull Way,    Unit B216,    Malibu, CA 90265-4528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2015 at the address(es) listed below:
      Gary C Fischoff    on behalf of Debtor Dana  Smith gfischoff@bfslawfirm.com, dtraina@bfslawfirm.com
      Marianne  DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
      United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                              TOTAL: 3

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                                                        CASE NO: 8−15−71331−ast

   Dana Smith

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 13

   xxx−xx−6323

               DEBTOR(s)

---

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A
- ☑ Schedule B
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Financial Affairs
- ☑ Statement of Monthly Means Test and Income Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: April 22, 2015

                                                                       For the Court, Robert A. Gavin, Jr., Clerk of Court