UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In Re:

Index No. 15-71331

**AFFIDAVIT OF SERVICE**

DANA SMITH

                              Debtor
-----------------------------------------------------------------------x

STATE OF NEW YORK    )
                                )
COUNTY OF SUFFOLK   )   ss.:

      **SHAWNA O'CONNELL,** being duly sworn, deposes and says: deponent is not a party to the action is over 18 years of age and resides in Amityville, New York.

      On April 29, 2015, deponent served true copies of the following:

- **AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addresses wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, by **FIRST CLASS MAIL** on all parties as follows:

Dana Smith
26664 Seagull Way
Unit B216
Malibu, CA 90265

Gary C. Fischoff, Esq.
40 Crossways Park Drive
Woodbury, NY 11797

Maryanne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way, Suite 105
Syosset, NY 11791

U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza-Room 560
Central Islip, NY 11722

Sworn to before me this
29th day of April, 2015

_/s/ Janine M. Zarrilli_
NOTARY PUBLIC

JANINE M. ZARRILLI
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017

_/s/ Shawna O'Connell_
Shawna O'Connell