**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip, NY 11722

_____
IN RE: Dana Smith                                                                    Case No. 8-15-71331-ast

Chapter 13

SSN/TAX ID XXX-XX-
_____**6325**_____**Debtor**_____

**REQUEST FOR JUDICIAL DETERMINATION**
**CONCERNING DISMISSAL PURSUANT TO 11 U.S.C § 521(i)**

The Clerk's Office requests the Court to determine this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

- [ ] Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code (Official Form B201)
- [ ] Schedule A (Real Property) (Official Form B6A)
- [✓] Schedule B (Personal Property) (Official Form B6B)
- [ ] Schedule D (Creditors Holding Secured Claims) (Official Form B6D)
- [ ] Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E)
- [ ] Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F)
- [✓] Schedule I (Current Income of Individual Debtor) (Official Form B6I)
- [✓] Schedule J (Current Expenditures of Individual Debtor) (Official Form B6J)
- [✓] Statement of Financial Affairs (Official Form B7)
- [✓] Chapter 13 Statement of Monthly Income and Calculation of Commitment Period (Official Form B 22C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Official Form B 22C-2)
- [ ] Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**By the Court:** s/ S Dolan                                                          **Date:** May 18, 2015

- [ ] The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- [ ] The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reason:

_____
_____

**SO ORDERED**