# BERGER, FISCHOFF & SHUMER, LLP
## ATTORNEYS & COUNSELORS AT LAW

40 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797
PH: 516.747.1136  FAX: 516.747.0382
WWW.BFSLAWFIRM.COM

HEATH S. BERGER*
GARY C. FISCHOFF**
STEVEN E. SHUMER

LAURIE SAYEVICH HORZ
BRIAN P. SCHECHTER
GABRIELLE D. WASENIUS

OF COUNSEL:

STUART M. STEINBERG
FRANCIS G. FINEO
LAWRENCE KATZ
MATTHEW KREINCES
BRIAN NOVAK

ALSO ADMITTED IN DISTRICT OF COLUMBIA*
ALSO ADMITTED IN NEW JERSEY**

May 26, 2015

**via ECF & REGULAR MAIL**
Dana Smith
26664 Seagull Way
Unit B216
Malibu, CA 90265

Re:   Dana Smith
      Chapter 13
      Case No. 15-71331 (AST)

Dear Ms. Smith:

In accordance with the Court's direction, the following is a list of the upcoming deadlines in your Chapter 13 proceeding.

a) Confirmation Hearing, June 4, 2015 at 9:30 a.m.
b) Objections to 523 discharge ability due June 29, 2015
c) Adjourned 341 meeting, June 30 at 11:00 a.m.
d) Deadline for filing proof of claim, July 27, 2015
e) Deadline for filing government proof of claim, September 28, 2015

Please make a note of these important dates.

Very truly yours,

Gary C. Fischoff, Esq.

F:\docs\Bankruptcy 2015\Chapter 13\Dana Smith\Dana Smith Letter.docx

EAST ISLIP, NEW YORK ; CENTEREACH, NEW YORK ; FOREST HILLS, NEW YORK
(BY APPOINTMENT ONLY)