PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**POSTAGE REQUIRED**

# PRIORITY® MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 $ INSURANCE INCLUDED*

 PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:
Dave Smith
26664 Seagull Way Unit B24
Malibu, CA 90265

TO:
US Federal Bankruptcy Court
27 Cadman Plaza,
Brooklyn NY, 11201


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**