**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

IN RE:                                                                                           Case No. 8-15-71331-ast

    Dana Smith                                                                    Chapter 13

                                  Debtor

## REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerk's Office _____ requests that the Court determine if access to Document(s) _____ No. 37-4 & 37-5 filed in CM/ECF should be restricted.

The document or claim contains:

- [✓] Personal identifiers as set forth in Bankruptcy Rule 9037
    - Social Security Number
    - Taxpayer Identification Number
    - Birth Date
    - The name of an individual, other than the debtor, known to be and identified as a minor
    - Financial Account Number
- [ ] Trade Secrets
- [ ] Confidential Research, Development or Commercial Information
- [ ] Scandalous or Defamatory Matter
- [ ] Other: _____

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- [✓] The Clerk's Office is directed to restrict access to the document.

- [✓] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before June 25, 2015 _____.

- [ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):
  _____
  _____



**Dated: June 16, 2015**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**